**EXHIBIT C**

23



City of
**VANCOUVER**
WASHINGTON

P.O. Box 1995 • Vancouver, WA 98668-1995
www.ci.vancouver.wa.us



RECEIVED
FEB 0 7 2007
BY:_____

February 6, 2007

Mr. Greg Ferguson
Attorney at Law
1104 Main Street, Suite 216
Vancouver, WA 98660

RE:  Navin Sharma/City of Vancouver

Dear Mr. Ferguson:

The City has received your Notice of Tort Claim dated January 22, 2007. In your letter you indicate you are filing the Tort Claim notice on behalf of your client based upon tortious conduct by the City and certain City employees. You further note that the purpose of RCW 4.96.020(4) is to establish a period of time for government defendants to investigate state law claims that may be filed against it or its officials and settle those claims where possible.

While your letter provides some information about the claims alleged by your client, in order to fully investigate this matter, the City would like to interview Mr. Sharma on all his claims. Without the ability to interview Mr. Sharma, we will not be able to provide you with an accurate assessment of the City's position on this matter.

Please contact me on or before February 20, to schedule an interview with Mr. Sharma.

Very truly yours,

*Susan Lindahl*

Susan Lindahl
Liability Administrator

---

**Risk Management**
Telephone: 360-619-1094 · Facsimile: 360-619-1037

24